## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

ANDRE WASHINGTON       *
ADC #97953,       *
      *
     **Plaintiff**       *
      *
v.       *       **Case No. 3:05VC0050 JLH**
      *
SANDRA WASHINGTON, *et al.*,       *
      *
     **Defendants**       *

## ORDER

Plaintiff, an Arkansas inmate, filed this civil rights action, and he has been granted leave to proceed *in forma pauperis*. The Plaintiff did not execute his Complaint in accordance with 18 U.S.C. Section 1621. Thus, the Clerk of the Court is requested to send Plaintiff a copy of his Complaint, and Plaintiff is directed to return it signed and dated within 30 days of the entry date of this Order if he seeks to proceed with this action. Failure to timely respond to this Order will result in dismissal of this action pursuant to Local Rule 5.5(c)(2).[1]

IT IS SO ORDERED this 8th day of August, 2005.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

---

[1]Local Rule 5.5(c)(2) states: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."