**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | | |
|---|---|---|
| **ANDRE WASHINGTON** | * | |
| **ADC #97953,** | * | |
| | * | |
|     **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 3:05VC0050 JLH |
| | * | |
| **SANDRA WASHINGTON,** *et al.*, | * | |
| | * | |
|     **Defendants** | * | |

## ORDER of DISMISSAL

    Plaintiff, an Arkansas inmate, filed this civil rights action asserting violations of his civil rights. On August 8, 2005, the Magistrate Judge issued an Order recognizing that the Plaintiff did not execute his Complaint in accordance with 18 U.S.C. Section 1621. The Order directed the Clerk of the Court to send Plaintiff a copy of his Complaint, and Plaintiff was directed to return it signed and dated within 30 days of the entry date of the Magistrate's Order. Plaintiff was specifically advised that failure to timely respond to the Order would result in dismissal of this action pursuant to Local Rule 5.5(c)(2). As of this date, Plaintiff has not responded to the August 8, 2005 Order, and the undersigned finds that this action should be dismissed pursuant to Local Rule 5.5(c)(2).

    IT IS SO ORDERED, this 9th day of January, 2006.

                                                         */s/ J. Leon Holmes*
                                                   UNITED STATES DISTRICT JUDGE