**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| **ANDRE WASHINGTON** <br> **ADC #97953,** <br><br> **Plaintiff** <br><br> v. <br><br> **SANDRA WASHINGTON,** *et al.***,** <br><br> **Defendants** | <br><br><br><br><br> Case No. 3:05VC0050 JLH |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 9th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE